UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civil File No. 00-414 DWF/AJB

Janine Williams-Morgan,

Plaintiff,

vs.

Kenneth Wilbert Saari,

Defendant.

---

**ORDER EXTENDING RESPONSE TIME**

The above-captioned matter came on for hearing before the undersigned upon the stipulation of the parties to permit the Defendant to enlarge the time in which to answer or otherwise plead.

Consistent with the stipulation set forth below, and pursuant to Fed. R. Civ. P. 6(b), and based upon all of the files, records and proceedings herein:

IT IS HEREBY ORDERED that the time within may answer or otherwise respond to Plaintiff's Complaint be and his hereby extended to April 11, 2000.

SO ORDERED.

Dated: 4/3/00

Honorable Arthur J. Boylan,
United States Magistrate Judge

FILED 4/3/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

I stipulate to the entry of the above Order.

Michael W. Gill (205503)
Attorney For Plaintiff
Dated: 3/27/00

Walter G. Bauch (208930)
Attorney For Defendant
Dated: 22 March 2000