UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No.: 00-414 DWF/SRN

JANINE WILLIAMS-MORGAN,

Plaintiff,

**STIPULATION AND ORDER FOR DISTRIBUTION OF SETTLEMENT PROCEEDS**

vs.

KENNETH WILBERT SAARI,

Defendant.

## STIPULATION

The parties to the above-captioned matter, by their respective counsel, together with counsel representing the subrogated interest of Wal-Mart and National Union Fire Insurance Company of Pittsburg/AIG: Claims administered by Claims Management Incorporated, (hereafter referred to collectively as Claims Management) hereby stipulate and agree as follows:

The above matter is settled for the sum of $90,000.00.

The motor vehicle accident that occurred on March 2, 1996 that is the subject of this litigation was in the course of the Plaintiff's employment. As the result of said accident, the plaintiff received certain worker's compensation benefits paid to her or on her behalf by her employer, Wal-Mart and National Union Fire Insurance Company of Pittsburg/AIG: Claims administered by Claims Management Incorporated, (hereinafter referred to collectively as Claims Management).

The above worker's compensation benefits were paid under Wisconsin law, and pursuant to Sec. 102.29 Wis. Stats., Claims Management acquired certain rights of reimbursement from any settlement or judgment as a result of a civil action arising out of said automobile accident.

FILED FEB 08 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Sec. 102.29 Wis. Stats., provides that the settlement be approved by the Court in my subsequent civil action. The parties therefore stipulate and agree that after attorneys fees and costs are first deducted from the gross settlement amount, the plaintiff shall pay to Claims Management the sum of $21,000.00 in full satisfaction of any and all claims known or unknown for any monies paid by Claims Management, to or on behalf of the Plaintiff, Janine Williams-Morgan arising out of her worker's compensation claim as a result of the motor vehicle accident that occurred on or about March 2, 1996. The parties agree to sign such releases or other documents as requested to implement this Stipulation.

The parties further stipulate and agree that the above-captioned matter may be dismissed with prejudice and without cost to any party.

Dated: 2-2-01

HALE, SKEMP, HANSON, SKEMP & SLEIK

By: [signature]

Charles E. Hanson, State Bar No. 1015376
505 King Street, Suite 300
Post Office Box 1927
La Crosse, WI 54602-1927
(608) 784-3540
Attorneys for Plaintiff

Dated: 23 January 2001

Kenneth Wilbert Saari, Defendant

By: [signature]

Atty. Walter G. Bauch, State Bar No. 208930
OSKIE & BAUCH, P.A.
970 Raymond Avenue, Suite 202
St. Paul, MN 55114
(615) 644-8037
Attorneys for Defendant, Kenneth Wilbert Saari

WAL-MART AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG/AIG: CLAIMS ADMINISTERED BY CLAIMS MANAGEMENT, INCORPORATED (CLAIMS MANAGEMENT)

Dated: 1-26-01

By: ____________________
Atty. Christopher E. Sandquist
State Bar No. 279249
GISLASON & HUNTER, LLP
Hubbard Building, Suite 250
424 N. Riverfront Drive
Mankato, MN 56001
(507) 387-1115

**ORDER**

Based on the stipulation of the parties:

IT IS HEREBY ORDERED that the distribution of settlement proceeds is approved, and

IT IS FURTHER ORDERED that any claim or interest of Wal-Mart or National Union Fire Insurance Company of Pittsburg/AIG: Claims administered by Claims Management Incorporated, as a result of any payments for or on behalf of Janine Williams-Morgan, pursuant to Sec. 102.29 Wis. Stats., or otherwise, arising out of her worker's compensation claim for injuries stemming from the motor vehicle accident of March 2, 1996 is satisfied in full for the sum of $21,000.00; and,

IT IS FURTHER ORDERED, that the above-captioned matter shall be and hereby is dismissed with prejudice and without cost to any party.

Dated this 8th day of ~~January~~ February, 2001.

____________________
Donovan W. Frank
Judge of United States District Court