UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civil File No. 00-414 DWF/SRN

Janine Williams-Morgan,

Plaintiff,

vs.

Kenneth Wilbert Saari,

Defendant.

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to the Stipulation of the parties herein,

IT IS HEREBY ORDERED that the above-entitled matter is hereby dismissed with prejudice and without further costs to the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY WITHOUT FURTHER DELAY.

Dated: 2-16-2001

Judge of District Court



FEB 16 2001
FILED
...S E. DOSAL CLERK
...NTD FEB 16 2001
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 00-414 DWF/SRN

Janine Williams-Morgan,

Plaintiff,

vs.

Kenneth Wilbert Saari,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The above-entitled action, having been fully adjusted and compromised by and between the parties, through the undersigned, their respective attorneys,

IT IS HEREBY STIPULATED AND AGREED, that this action may be, and hereby is, dismissed with prejudice and on the merits and without costs to any party.

IT IS FURTHER STIPULATED AND AGREED that a judgment of dismissal with prejudice and on the merits may be entered pursuant to this stipulation without further notice to any party.



FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

HALE, SKEMP, HANSON, SKEMP & SLEIK

Dated: 1/31/01

Michael W. Gill
Attorney ID No.: 205503
505 King Street
King on 5th Building, Suite 300
P.O. Box 1927
La Crosse, WI 54602-1927
608.784.3540

ATTORNEYS FOR PLAINTIFF

OSKIE & BAUCH, P.A.

Dated: 12 February 2001

Walter G. Bauch
Attorney I.D. No. 208930
970 Raymond Avenue
Suite 202
St. Paul, MN 55114
651.644.8037

ATTORNEYS FOR DEFENDANT